UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 10-40033-CLN |
| | ) | CHAPTER: 13 |
| TIMOTHY RAY HELGESON | ) | |
| | ) | OBJECTION TO PLAN |
| | ) | |
| | ) | |
| TRACEY NORRAE HELGESON | ) | DOC 11 |
| | ) | |
| | ) | |
| | ) | |
| DEBTORS | ) | |

Now comes, Beneficial South Dakota who objects to the Debtor's plan dated January 21. 2010 because the plan fails to account for $7,335.11 which the difference between the proposed payment vs the standard payback.

Dated in Sioux Falls on March 8, 2010.

Henry K Evans

/S/*Henry K Evans*
_____
Henry K Evans, P.C.
123 S. Main Avenue Suite 206
Sioux Falls, SD 57104
605-367-9755 p
605-330-0543 f
evans.evanslaw@midconetwork.com