UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| Ir re: | ) | Bankr. No. 10-40033 |
| | ) | Chapter 13 |
| TIMOTHY RAY HELGESON | ) | |
| SS/ITIN xxx-xx-5444 | ) | |
| | ) | ORDER GRANTING BENEFICIAL |
| and | ) | SOUTH DAKOTA RELIEF |
| | ) | FROM AUTOMATIC STAY |
| TRACEY NORRAE HELGESON | ) | |
| SSN/ITIN xxx-xx-6592 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Beneficial South Dakota's Motion for Order Granting Relief of Automatic Stay (doc. 35) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Beneficial South Dakota's motion is granted, and it is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the following property:

> Lot 2 in Block 1 of Young and Kennedy's Subdivision of Blocks 8, 9, 10, 16 and 17 of Scott's First Addition to the City of Sioux Falls, Minnehaha County, South Dakota According to the Recorded Plat thereof.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed. R. Bankr. P. 40001(a)(3) is waived, and this order is effective upon entry:

So ordered: November 30, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota